1  REBECCA EISEN, State Bar No. 096129
   THERESA MAK, State Bar No. 211435
2  M. MICHAEL COLE, State Bar No. 235538
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  reisen@morganlewis.com
   tmak@morganlewis.com
6  mmcole@morganlewis.com

7

   JENNIFER WHITE-SPERLING, State Bar No. 166504
8  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
9  Twenty-Second Floor
   Los Angeles, CA 90071-3132
10 Tel: 213.612.2500
   Fax: 213.612.2501
11 jwhite-sperling@morganlewis.com

12 Attorneys for Defendants
   METLIFE, INC., METROPOLITAN LIFE
13 INSURANCE COMPANY, AND METLIFE
   SECURITIES, INC.

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  NEIL WEINSTEIN, individually, and on behalf of all others similarly situated, | Case No. C06-04444 SI |
| 19               Plaintiff, | |
| 20        vs. | **STIPULATION AND [PROPOSED] ORDER TO SHORTEN THE NOTICE PERIOD FOR DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |
| 21  METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND | |
| 22  METLIFE SECURITIES, INC., | |
| 23               Defendant. | |

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-LA/901363.1

STIPULATION AND [PROPOSED] ORDER
(C06-04444 SI)

## STIPULATION

Plaintiff Neil Weinstein ("Plaintiff") and Defendants Metlife, Inc., Metropolitan Life Insurance Company and Metlife Securities, Inc. ("Defendants"), through their counsel of record, hereby STIPULATE to the following:

1. Plaintiff's counsel has sent communications about this action via email to Defendants' employees and individuals affiliated with Defendants. Plaintiff's counsel has posted information about this action on their website. Counsel for the parties disagree about the propriety of these communications, have been unable to resolve this issue informally, and have agreed to an expedited hearing schedule to seek the assistance of the Court to resolve the issue.

2. Counsel for the parties have agreed to a 21-day notice period, with Defendants filing their Motion for a Protective Order on September 8, 2006, Plaintiff filing his Opposition on September 18, 2006, Defendants filing their Reply on September 25, 2206, and the hearing on Defendants' Motion being set for October 6, 2006 at 9:00 a.m.

///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
(C06-04444 SI)

3. Previously the parties agreed to extend the time for Defendants to respond to the Complaint to September 8, 2006. The instant requested time modification will have no effect on the schedule for this action.

IT IS SO STIPULATED

Dated: September 7, 2006                    MORGAN, LEWIS & BOCKIUS LLP


By:/s/_____

Jennifer White-Sperling
Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE
INSURANCE COMPANY, AND
METLIFE SECURITIES, INC.

Dated: September 7, 2006                    SCOTT COLE & ASSOCIATES, APC


By:/s/_____

Attorneys for Plaintiff
Neil Weinstein

## ORDER

Based on the foregoing STIPULATION of the parties, the Court hereby ORDERS the following briefing schedule for Defendants' Motion for a Protective Order:

| | |
|---|---|
| Motion filed and served: | September 8, 2006 |
| Opposition filed and served: | September 18, 2006 |
| Reply filed and served: | September 25, 2006 |
| Hearing: | October 6, 2006 |

Dated: _____, 2006

/s/ Susan Illston
Hon. Susan Illston
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3    STIPULATION AND [PROPOSED] ORDER
(C06-04444 SI)

Case 3:06-cv-04444-SI Document 28 Filed 09/08/2006 Page 4 of 4
Fm:Scott Cole & Associates, APC To:Jennifer E. White-Sperling; Weinstein (18774329652) 17:05 09/07/06 EST Pg 5-5

09/07/06 12:05 FAX 213 612 2501     MORGAN, LEWIS-LA (5)                    004

3. Previously the parties agreed to extend the time for Defendants to respond to the Complaint to September 8, 2006. The instant requested time modification will have no effect on the schedule for this action.

IT IS SO STIPULATED

Dated: September 7, 2006          MORGAN, LEWIS & BOCKIUS LLP

                                  By: /s/ Jennifer White-Sperling
                                  Jennifer White-Sperling
                                  Attorneys for Defendants
                                  METLIFE, INC., METROPOLITAN LIFE
                                  INSURANCE COMPANY, AND
                                  METLIFE SECURITIES, INC.

Dated: September 7, 2006          SCOTT COLE & ASSOCIATES, APC

                                  By: /s/
                                  Attorneys for Plaintiff
                                  Neil Weinstein

## ORDER

Based on the foregoing STIPULATION of the parties, the Court hereby ORDERS the following briefing schedule for Defendants' Motion for a Protective Order:

| | |
|---|---|
| Motion filed and served: | September 8, 2006 |
| Opposition filed and served: | September 18, 2006 |
| Reply filed and served: | September 25, 2006 |
| Hearing: | October 6, 2006 |

Dated: _____, 2006

                                  _____
                                  Hon. Susan Illston
                                  U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                  3    STIPULATION AND [PROPOSED] ORDER
                                       (C06-04444 SI)