1  REBECCA EISEN, State Bar No. 096129
   THERESA MAK, State Bar No. 211435
2  M. MICHAEL COLE, State Bar No. 235538
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  reisen@morganlewis.com
   tmak@morganlewis.com
6  mcole@morganlewis.com

7
   JENNIFER WHITE-SPERLING, State Bar No. 166504
8  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
9  Twenty-Second Floor
   Los Angeles, CA 90071-3132
10 Tel: 213.612.2500
   Fax: 213.612.2501
11 jwhite-sperling@morganlewis.com

12 Attorneys for Defendants
   METLIFE, INC., METROPOLITAN LIFE
13 INSURANCE COMPANY, AND METLIFE
   SECURITIES, INC.
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  NEIL WEINSTEIN, individually, and on behalf of all others similarly situated, | Case No. C06-04444 SI |
| 19  Plaintiff, | |
| 20  vs. | **STIPULATION AND [PROPOSED] ORDER TO RESET DATE FOR CASE MANAGEMENT CONFERENCE** |
| 21  METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC., | |
| 23  Defendant. | |

24
   ////
25
   ////
26
   ////
27
   ////
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7419157.1                                                          (C06-04444 SI)

STIPULATION AND [PROPOSED] ORDER TO RESET CMC

## STIPULATION

WHEREAS, the hearing on Defendants Metlife, Inc., Metropolitan Life Insurance Company and Metlife Securities, Inc.'s ("Defendants") Motion to Dismiss is currently scheduled for October 27, 2006 and the resources of the Court and the parties would be conserved by holding the Case Management Conference on the same day as the hearing;

THEREFORE, Plaintiff Neil Weinstein ("Plaintiff") and Defendants, through their counsel of record, hereby STIPULATE to re-setting the Case Management Conference, currently set for October 20, 2006, to October 27, 2006.

IT IS SO STIPULATED

Dated: September 28, 2006  MORGAN, LEWIS & BOCKIUS LLP

By: _____

Theresa Mak
Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC.

Dated: September 28, 2006  SCOTT COLE & ASSOCIATES, APC

By: _____

Scott Cole
Attorneys for Plaintiff
Neil Weinstein

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2006

_____
Hon. Susan Illston
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7419157.1    2    (C06-04444 SI)

STIPULATION AND [PROPOSED] ORDER TO RESET CMC