REBECCA EISEN, State Bar No. 096129
THERESA MAK, State Bar No. 211435
M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
tmak@morganlewis.com
mcole@morganlewis.com

JENNIFER WHITE-SPERLING, State Bar No. 166504
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
jwhite-sperling@morganlewis.com

Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE
INSURANCE COMPANY, AND METLIFE
SECURITIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>          vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC.,<br><br>            Defendant. | Case No. C06-04444 SI<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO RE-SET DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION TO MARCH 30, 2007** |

/ / / /

/ / / /

/ / / /

/ / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7424717.1

(C06-04444 SI)

1

## STIPULATION

Plaintiff Neil Weinstein ("Plaintiff") and Defendants Metlife, Inc., Metropolitan Life Insurance Company, and MetLife Securities, Inc., through their counsel of record, hereby STIPULATE to complete Early Neutral Evaluation by March 30, 2007.

IT IS SO STIPULATED.

Dated: October 17, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: _____

Theresa Mak
Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE
INSURANCE COMPANY, AND
METLIFE SECURITIES, INC.

Dated: October 17, 2006

SCOTT COLE & ASSOCIATES, APC

By: _____

Scott Cole
Attorneys for Plaintiff
NEIL WEINSTEIN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2006

Hon. Susan Illston
U.S. District Court Judge

2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(C06-04444 SI)    1-SF/7

STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE TO COMPLETE ENE TO 3/30/07