| | |
|---|---|
| 1 | REBECCA EISEN, State Bar No. 096129 |
| | THERESA MAK, State Bar No. 211435 |
| 2 | M. MICHAEL COLE, State Bar No. 235538 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |
| 5 | reisen@morganlewis.com |
| | tmak@morganlewis.com |
| 6 | mcole@morganlewis.com |
| 7 | |
| | JENNIFER WHITE-SPERLING, State Bar No. 166504 |
| 8 | MORGAN, LEWIS & BOCKIUS LLP |
| | 300 South Grand Avenue |
| 9 | Twenty-Second Floor |
| | Los Angeles, CA 90071-3132 |
| 10 | Tel: 213.612.2500 |
| | Fax: 213.612.2501 |
| 11 | jwhite-sperling@morganlewis.com |
| 12 | Attorneys for Defendants |
| | METLIFE, INC., METROPOLITAN LIFE |
| 13 | INSURANCE COMPANY, AND METLIFE |
| | SECURITIES, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated, | | Case No. C06-04444 SI |
| Plaintiff, | | **STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS TO NOVEMBER 3, 2006** |
| vs. | | |
| METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC., | | |
| Defendant. | | |

////

////

////

////

1-SF/7424097.1

(C06-04444 SI)

STIPULATION AND [PROPOSED] ORDER TO RESET HEARING ON DEFS' MOT TO DISMISS TO 11/3/06

## STIPULATION

WHEREAS, counsel for Defendants Metlife, Inc., Metropolitan Life Insurance Company and Metlife Securities, Inc.'s will not be available on that date;

THEREFORE, Plaintiff Neil Weinstein ("Plaintiff") and Defendants, through their counsel of record, hereby STIPULATE to re-set the hearing on Defendants' Motion to Dismiss, currently set for October 27, 2006, to November 3, 2006.

IT IS SO STIPULATED.

Dated: October 17, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: _____

Theresa Mak
Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE
INSURANCE COMPANY, AND
METLIFE SECURITIES, INC.

Dated: October 16, 2006

SCOTT COLE & ASSOCIATES, APC

By: _____

Scott Cole
Attorneys for Plaintiff
NEIL WEINSTEIN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2006

Hon. Susan Illston
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

(C06-04444 SI)

1-SF/7-

STIPULATION AND [PROPOSED] ORDER TO RESET HEARING ON DEFS' MOT TO DISMISS TO 11/3/06