| | |
|---|---|
| 1 | REBECCA EISEN, State Bar No. 096129 |
| | THERESA MAK, State Bar No. 211435 |
| 2 | M. MICHAEL COLE, State Bar No. 235538 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |
| 5 | reisen@morganlewis.com |
| | tmak@morganlewis.com |
| 6 | mcole@morganlewis.com |
| 7 | |
| 8 | JENNIFER WHITE-SPERLING, State Bar No. 166504 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | 300 South Grand Avenue |
| | Twenty-Second Floor |
| 10 | Los Angeles, CA 90071-3132 |
| | Tel: 213.612.2500 |
| 11 | Fax: 213.612.2501 |
| | jwhite-sperling@morganlewis.com |
| 12 | Attorneys for Defendants |
| | METLIFE, INC., METROPOLITAN LIFE |
| 13 | INSURANCE COMPANY, AND METLIFE |
| | SECURITIES, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated, | ) | Case No. C06-04444 SI |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC., | ) | |
| Defendant. | ) | |

////

////

////

////

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7437271.1 (C06-04444 SI)

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 12, 2006 CMC

## STIPULATION

WHEREAS, to allow for additional time between the hearing on dispositive motions then scheduled for hearing on November 27, 2006, before the Honorable Thelton E. Henderson in *Sims v. Metropolitan Life Ins. Co.*, Case No. 05-2980 (TEH) ("*Sims*"), this Court, on November 6, 2006, continued the Case Management Conference to January 12, 2006;

WHEREAS, the hearing on the dispositive motions in *Sims* has been continued to January 8, 2006;

THEREFORE, to continue to allow for a sufficient time between the hearing on the dispositive motions in *Sims* and the Case Management Conference in the above captioned matter, Plaintiff Neil Weinstein ("Plaintiff") and Defendants, through their counsel of record, hereby STIPULATE to further continue the January 12, 2006, Case Management Conference to a further date in January.

IT IS SO STIPULATED.

Dated: December 6, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Theresa Mak /MMC

Theresa Mak
Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC.

Dated: December 6, 2006

LAW OFFICE OF JOHN M. KELSON

By: /s/ John Kelson
John Kelson
Attorneys for Plaintiff
Neil Weinstein

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7437271

2

(C06-04444 SI)

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 12, 2006 CMC

# **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO __January 12, 2007__

Dated: _____, 2006

_____
Hon. Susan Illston
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7437271

3

(C06-04444 SI)

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 12, 2006 CMC