Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.0900
Fax: 415.442.1010
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Rebecca Eisen**
Partner
415.442.1328
reisen@morganlewis.com

December 19, 2006

**VIA ELECTRONIC FILING**

Hon. Susan Illston
United States District Court
Northern District of California
Courtroom 10, 19th Floor
450 Golden Gate Ave.
San Francisco, California 94102

Re: *Weinstein v. MetLife, et al.*
USDC Northern District of CA Case No. C06-04444 SI

Dear Judge Illston:

At your clerk's suggestion, we write to respectfully request a continuance of the status conference, currently scheduled for January 12, 2007, to January 26, 2007. As the Court is aware, the parties submitted a stipulation requesting that the Court continue the case management conference (previously set for January 12) to a later date in January, given that argument in the *Sims v. MetLife* matter is now scheduled for January 8, 2007, and Plaintiff's deposition is scheduled for January 12, 2007.

On December 18, 2006, this Court signed the stipulation but appears to have inadvertently reset the case management conference to January 12, 2007, the date the case management conference is already currently set. Subject to the Court's availability, we respectfully request that the status conference be continued to January 26, 2006.

1-SF/7447550.1



VIA ELECTRONIC FILING
Hon. Susan Illston
December 19, 2006
Page 2

Thank you for your consideration.

Very truly yours,

**MORGAN, LEWIS & BOCKIUS, LLP**

Rebecca Eisen

MMC/jvr

Status conference moved to 1/26/07 @ 2:30 p.m.

IT IS SO ORDERED.

Dated: _____, 2006

Hon. Susan Illston
U.S. District Court Judge

cc: Christopher Parlo, Esq.
Theresa Mak, Esq.
Scott Cole, Esq.
John Kelson, Esq.

1-SF/7447550.1