1   John M. Kelson, Esq. (S.B. #75462)
    LAW OFFICES OF JOHN M. KELSON
2   1999 Harrison Street, Suite 700
    Oakland, California 94612
3   Telephone:  (510) 465-1326
    Facsimile:  (510) 465-0871
4

5   Attorneys for Representative Plaintiff
    And the Plaintiff Classes

6

7

8

9

10

11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated, | Case No.  3:06-CV-04444-SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC., | |
| Defendants. | |

1    WHEREAS, on December 21, 2006, this Court continued the Case Management

2    Conference to January 26, 2007 from January 12, 2006 in order to allow dispositive motions to be

3    heard on January 8, 2007 in *Sims v. Metropolitan Life Ins. Co.*, Case No. 05-2980 (TEH) ("*Sims*")

4    before the Honorable Thelton E. Henderson;

5    WHEREAS, the hearing on the dispositive motions in *Sims* has been continued to February

6    5, 2007;

7    WHEREAS, Plaintiff Neil Weinstein is in the process of substituting in new lead counsel

8    to replace his current lead counsel, Scott Cole & Associates, APC;

9    WHEREAS, Plaintiff Neil Weinstein requested a continuance of at least two weeks of the

10   Case Management Conference, now scheduled for January 26, 2007, so his new counsel could be

11   substituted into the case and come up to speed in this matter;

12   WHEREAS, the parties met and conferred on a convenient date for all counsel and hereby

13   agree to a continuance of the Case Management Conference to February 23, 2007;

14   WHEREAS, the parties met and conferred and agreed to continue the deposition of

15   Plaintiff Neil Weinstein to February 6, 2007.

16   THEREFORE, to permit Plaintiff's new counsel to prepare its case in this matter, Plaintiff

17   Neil Weinstein and Defendants Metlife, Inc., Metropolitan Life Insurance Company, and Metlife

18   Securities, Inc. ("Defendants") through their counsel of record, hereby STIPULATE that the

19   deposition of Neil Weinstein shall be continued to February 6, 2007, and the January 26, 2006,

20   Case Management Conference may be continued to February 23, 2007.

21   DATED: January 11, 2007         LAW OFFICES OF JOHN M. KELSON

22

23

24                                   JOHN M. KELSON

25                                   1999 Harrison Street, Suite 700
                                     Oakland, California 94612
26                                   Telephone:  (510) 465-1326
                                     Facsimile:   (510) 465-0871
27
                                     Attorneys for Representative Plaintiff and the
28                                   Plaintiff Classes

STIP AND [PROP] ORDER TO CONTINUE CASE MANAGEMENT CONF – Case No. 3:06-CV-04444-SI

1-SF/7456155.2                                                        - 1 -

| | |
|---|---|
| DATED: January _11_, 2007 | MORGAN, LEWIS & BOCKIUS, LLP |
| 1 | Rebecca Eisen |
| 2 | Theresa Mak |
| 3 | M. Michael Cole |

4

_[signature]_

5       REBECCA EISEN

6       One Market, Spear Street Tower
        San Francisco California 94105-1126
7       Telephone: (415) 442-1000
        Facsimile: (415) 442-1001
8
9       Attorneys for Defendants METLIFE, INC.,
        METROPOLITAN LIFE INSURANCE
10      COMPANY, AND METLIFE SECURITIES, INC.

11               *   *   *

12      **ORDER**

13      Pursuant to stipulation, it is HEREBY ORDERED that Plaintiff Weinstein's deposition will

14   take place on February 6, 2007, and the Case Management Conference is continued from January

15   26, 2007 to February 23, 2007 at 2:00 p.m.

16   DATED: _____, 2007              _[signature]_

17                                         SUSAN ILLSTON
                                           UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26   METLIFE:14427

27

28

STIP AND [PROP] ORDER TO CONTINUE CASE MANAGEMENT CONF – Case No. 3:06-CV-04444-SI

1-SF/7456155.2                                                              - 2 -

**DECLARATION OF SERVICE**

I, MARTA PAVLOVSKIS, the undersigned, declare:

1.     That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.     That on January 12, 2007, declarant served

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

via United States Mail to Plaintiffs and Defendants.

3.     That there is regular communication between parties.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of January 2007, at San Diego, California.

_____
MARTA PAVLOVSKIS

METLIFE INC.
SERVICE LIST – JAN. 12, 2007
PAGE 1

COUNSEL FOR PLAINTIFF(S)

Scott Edward Cole
Matthew Roland Bainer
Clyde Hobbs Charlton
SCOTT COLE & ASSOCIATES
1970 Broadway, Suite 950
Oakland, CA 94612
     510/891-9800
     510/891-7030 (fax)

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
180 Grand Avenue, Suite 1550
Oakland, CA 94612
     510/465-1326
     510/465-0871 (fax)

*Counsel for Plaintiff(s) Neil Weinstein*

COUNSEL FOR DEFENDANT(S)

Rebecca D. Eisen
Theresa C. Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
     415/442-1354
     415/442/1001 (fax)

Christopher A. Parlo
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
     212/309-6273
     212/309-6273 (fax)

Jennifer Elizabeth White-Sperling
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand 22th Floor
Los Angeles, CA 90071
     213/612-7205

*Counsel for Metlife Securities, Inc., Metlife Inc.,
Metropolitan Life Insurance Company*