REBECCA EISEN, State Bar No. 096129
THERESA MAK, State Bar No. 211435
M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
tmak@morganlewis.com
mcole@morganlewis.com

JENNIFER WHITE-SPERLING, State Bar No. 166504
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
jwhite-sperling@morganlewis.com

Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE
INSURANCE COMPANY, AND METLIFE
SECURITIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC.,<br><br>Defendant. | Case No. C06-04444 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENGAGE IN MEDIATION BY JUNE 30, 2007** |

## STIPULATION

WHEREAS Plaintiff Neil Weinstein ("Plaintiff") and Defendants MetLife, Inc., Metropolitan Life Insurance Company, and MetLife Securities, Inc. ("Defendants") (altogether as

1-SF/7518115.1

(C06-04444 SI)
STIPULATION AND [PROPOSED] ORDER TO ENGAGE IN MEDIATION BY JUNE 30, 2007

1  "the Parties"), through their counsel of record, previously agreed to engage in an Early Neutral
2  Evaluation by March 30, 2007;
3      WHEREAS the Court so ordered;
4      WHEREAS, after meeting and conferring, the Parties believe that engaging in a private
5  mediation will be more fruitful;
6      WHEREAS the Parties are actively meeting and conferring to select a private mediator;
7      THEREFORE, the Parties, through their counsel of record, hereby STIPULATE to engage
8  in a private mediation, instead of an Early Neutral Evaluation, no later than June 30, 2007.
9      IT IS SO STIPULATED.

Dated: March 30, 2007          MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
Theresa Mak
Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE
INSURANCE COMPANY, AND
METLIFE SECURITIES, INC.

Dated: March 30, 2007          LAW OFFICES OF JOHN M. KELSON

By: _____/s/_____
John M. Kelson
Attorneys for Plaintiff
NEIL WEINSTEIN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007

_____
Hon. Susan Illston
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2      (C06-04444 SI)

STIPULATION AND [PROPOSED] ORDER TO ENGAGE IN MEDIATION BY JUNE 30, 2007