| | |
|---|---|
| 1 | REBECCA EISEN, State Bar No. 096129 |
| | THERESA MAK, State Bar No. 211435 |
| 2 | M. MICHAEL COLE, State Bar No. 235538 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |
| 5 | reisen@morganlewis.com |
| | tmak@morganlewis.com |
| 6 | mcole@morganlewis.com |
| 7 | |
| 8 | JENNIFER WHITE-SPERLING, State Bar No. 166504 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | 300 South Grand Avenue |
| | Twenty-Second Floor |
| 10 | Los Angeles, CA 90071-3132 |
| | Tel: 213.612.2500 |
| 11 | Fax: 213.612.2501 |
| | jwhite-sperling@morganlewis.com |
| 12 | |
| | Attorneys for Defendants |
| 13 | METLIFE, INC., METROPOLITAN LIFE |
| | INSURANCE COMPANY, AND METLIFE |
| 14 | SECURITIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC.,<br><br>Defendant.. | Case No. C06-04444 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR CERTIFICATION OF CLASS AND/OR COLLECTIVE ACTION** |

### STIPULATION

WHEREAS in a related matter - - <u>Reeder v. MetLife</u> - - Plaintiffs Kim Reeder, Michelle Alves, Elmo Cash, Donald Myers, Abdulsalem Borgi, and Daniel Caballero filed an Amended Complaint against Defendant Metropolitan Life Insurance Company on February 5, 2007 ("the

1   Reeder Action");

2   WHEREAS on July 20, 2007, this Court issued an order relating the Reeder Action to the
3   Weinstein Action and reassigning the Reeder Action to this Court;

4   WHEREAS on March 2, 2007, Defendants MetLife, Inc., Metropolitan Life Insurance
5   Company, and MetLife Securities, Inc. ("Defendants") (altogether as "the Parties") filed a Motion
6   to Dismiss, or In the Alternative, to Stay Plaintiffs' Amended Complaint in the Reeder Action
7   ("Motion to Dismiss");

8   WHEREAS the Reeder Plaintiffs have filed a motion to consolidate;

9   WHEREAS Defendants' Motion to Dismiss and Reeder Plaintiffs' Motion to Consolidate
10  will not be heard until June 1, 2007;

11  WHEREAS Plaintiff Neil Weinstein and Defendants believe the status of the Reeder
12  Action should be resolved prior to the commencement of briefing on Plaintiff Weinstein's
13  anticipated Motion for Certification of Class and/or Collective Action;

14  WHEREAS the hearing on Plaintiff Weinstein's anticipated Motion for Certification of
15  Class and/or Collective Action is currently scheduled for on September 7, 2007;

16  WHEREAS, subject to this hearing date, Plaintiff Weinstein and Defendants agree they
17  would not have sufficient time to adequately brief class certification;

18  THEREFORE, Plaintiff Weinstein and Defendants, through their counsel of record,
19  hereby STIPULATE to continue the hearing on Plaintiff Weinstein's Motion for Certification of
20  Class and/or Collective Action to October 12, 2007 or thereafter, subject to the Court's

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7529483.2                                2                                 C06-04444 SI
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR CERTIFICATION
OF CLASS AND/OR COLLECTIVE ACTION

1  convenience and availability.

2      IT IS SO STIPULATED.

3  Dated: April 24, 2007      MORGAN, LEWIS & BOCKIUS LLP

4

5       By: /s/ THERESA MAK

6       Theresa Mak
     Attorneys for Defendants

7       METLIFE, INC., METROPOLITAN LIFE
     INSURANCE COMPANY, AND

8       METLIFE SECURITIES, INC.

9  Dated: April 24, 2007      LAW OFFICES OF JOHN M. KELSON

10

11       By: /s/ BETSY MANIFOLD

12       Betsy Manifold
     Attorneys for Plaintiff

13       NEIL WEINSTEIN

14  **ORDER**

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated: _____, 2007      /s/ Susan Illston

18       Hon. Susan Illston
     U.S. District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7529483.2      3      C06-04444 SI
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR CERTIFICATION OF CLASS AND/OR COLLECTIVE ACTION