IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEIL WEINSTEIN,                                                    No. C 06-04444 SI

        Plaintiff,                                                **ORDER RE: DISCOVERY**

  v.

METLIFE INC., et al.,

        Defendants.
                                                  /

Via letter brief, defendants seek an order compelling production of two categories of documents: (1) plaintiff's tax forms from the relevant period, including his Form 1040's, Schedule A's, Form 2106's, 2106-EZ's, W-2s, and 1099 forms; and (2) plaintiff's unredacted calendars for 2005 and 2006. Plaintiff has since produced the calendars, and several of the tax forms at issue. Although, or perhaps because, the Court has received a total of six letter briefs regarding this discovery dispute, it is unclear what, if any, documents are still in dispute. The Court therefore ORDERS the parties to meet and confer, and submit a joint letter brief, <u>not to exceed one page in length</u>, identifying the specific categories of documents, if any, that are still at issue.

**IT IS SO ORDERED.**

Dated: May 15, 2007

                                                                             SUSAN ILLSTON
                                                                             United States District Judge