| | |
|---|---|
| 1 | REBECCA EISEN, State Bar No. 096129<br>THERESA MAK, State Bar No. 211435 |
| 2 | M. MICHAEL COLE, State Bar No. 235538<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1126 |
| 4 | Tel:  415.442.1000<br>Fax:  415.442.1001 |
| 5 | reisen@morganlewis.com<br>tmak@morganlewis.com |
| 6 | mcole@morganlewis.com |
| 7 | |
| 8 | JENNIFER WHITE-SPERLING, State Bar No. 166504<br>MORGAN, LEWIS & BOCKIUS LLP |
| 9 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 10 | Los Angeles, CA  90071-3132<br>Tel:  213.612.2500 |
| 11 | Fax:  213.612.2501<br>jwhite-sperling@morganlewis.com |
| 12 | Attorneys for Defendants |
| 13 | METLIFE, INC., METROPOLITAN LIFE<br>INSURANCE COMPANY, AND METLIFE |
| 14 | SECURITIES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE SECURITIES, INC.,<br><br>Defendant. | Case No. C06-04444 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION AND HEARING ON CLASS CERTIFICATION MOTION** |

**STIPULATION**

WHEREAS Plaintiff Neil Weinstein ("Plaintiff") and Defendants MetLife, Inc., Metropolitan Life Insurance Company, and MetLife Securities, Inc. ("Defendants") (altogether as

///

1-SF/7559581.2                                                                                     (C06-04444 SI)
STIP AND [PROPOSED] ORDER TO CONTINUE MEDIATION AND HEARING ON CLASS CERTIFICATION MOTION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  "the Parties"), through their counsel of record, previously agreed to engage in a private mediation
2  by June 30, 2007 and the Court so ordered;
3      WHEREAS the Parties have actively met and conferred, selected a private mediator, and
4  selected the first available date when they and the mediator are available – August 28, 2007;
5      WHEREAS the Parties agree that an exchange of formal and informal discovery prior to
6  the mediation will facilitate the effectiveness of the mediation;
7      WHEREAS the Parties agree additional time is required in which to exchange formal and
8  informal discovery prior to mediation;
9      WHEREAS the Parties believe that a continuance of the hearing on Plaintiff's anticipated
10 Motion for Certification of Class/Collective Action would preserve the status quo and allow the
11 Parties to focus their efforts on a meaningful mediation;
12     THEREFORE, the Parties, through their counsel of record, hereby STIPULATE to:
13     1.     Engage in a private mediation no later than August 31, 2007;
14     2.     Work cooperatively to exchange formal and informal discovery prior to the private
15 mediation;
16     3.     Continue the hearing on Plaintiff's anticipated Motion for Certification of
17 Class/Collective Action, currently set for October 12, 2007, to January 25, 2008; and
18     4.     Set a briefing schedule for Plaintiff's anticipated Motion for Certification of
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1-SF/7559581.2     (C06-04444 SI)
STIP AND [PROPOSED] ORDER TO CONTINUE MEDIATION AND HEARING ON CLASS
CERTIFICATION MOTION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Class/Collective Action to begin 30 days after the completion of the private mediation.

    IT IS SO STIPULATED.

Dated: June 25, 2007                      MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
    Rebecca Eisen
    Attorneys for Defendants
    METLIFE, INC., METROPOLITAN LIFE
    INSURANCE COMPANY, AND
    METLIFE SECURITIES, INC.

Dated: June 25, 2007                      WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: _____/s/_____
    Betsy Manifold
    Attorneys for Plaintiff
    NEIL WEINSTEIN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007              /s/ Susan Illston
                                                      Hon. Susan Illston
                                                      U.S. District Court Judge