**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>METLIFE INC., et al.,<br><br>    Defendants.<br>_____/<br><br>KIM REEDER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | Nos. C 06-04444 SI; C 07-0538<br><br>**ORDER RE: *WEINSTEIN* PLAINTIFFS' OMNIBUS MOTION** |

      On April 27, 2007, plaintiffs in the *Weinstein* action filed an omnibus motion: (1) to intervene in and stay the *Reeder* action; (2) to appoint lead counsel for related cases; (3) for permission to contact opt-ins in *Weinstein* action; (4) to compel former plaintiff's attorney Scott Cole to produce entire *Weinstein* case file to substituted counsel; and (5) disqualify Scott Cole as plaintiffs' counsel. Plaintiffs in the *Reeder* action filed an opposition to the motion. Hearing on the motion is currently scheduled for July 6, 2007.

      After the omnibus motion was fully briefed, the parties in the *Reeder* action stipulated to stay the *Reeder* action pending completion of the *Weinstein* action. In light of the *Reeder* stay, the Court

hereby ORDERS plaintiffs in both *Reeder* and *Weinstein* to submit briefs, on or before Tuesday, July 3, 2007 and not to exceed three pages in length, on whether the omnibus motion is now moot, in part or in full.

**IT IS SO ORDERED.**

Dated: June 29, 2007

SUSAN ILLSTON
United States District Judge