WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

SYMPHONY TOWERS
750 B STREET, SUITE 2770
SAN DIEGO, CA 92101
619-239-4599
FAX 619-234-4599

BETSY MANIFOLD
────────
DIRECT DIAL
619-234-3896

270 MADISON AVENUE
NEW YORK, NY 10016

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

July 10, 2007

**VIA ELECTRONIC FILING**

Hon. Susan Illston
United States District Court
Northern District of California
Courtroom 10, 19th floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Weinstein v. MetLife, Inc., et al.* Case No. 06-04444 SI ("*Weinstein*"), and
*Reeder v. MetLife, Inc.* Case No. 07-00538 SI ("*Reeder*")

By Order dated July 9, 2007, the Court directed plaintiffs' counsel in *Reeder*, Scott Cole, to file certain individual plaintiff's declarations with the Court no later than Friday July 13, 2007. Plaintiff Neil Weinstein is concerned that the declarations, based on the nature of the information to be provided, may include privileged attorney-client communications. Based on this concern, Mr. Weinstein respectfully requests that those declarations be considered by the Court *in camera* and be produced only to plaintiff's counsel in the *Weinstein* action and not to defense counsel. Mr. Weinstein further requests that the production and review be without waiver of the attorney-client privilege.

Respectfully Submitted,

*Betsy C. Manifold*
Betsy C. Manifold

cc: All counsel in *Weinstein* and *Reeder*

BCM:ms

METLIFE:15044.ltr