WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON (75462)
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

Attorneys for Representative Plaintiff
And the Plaintiff Classes

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>Defendant. | Case No. 3:06-CV-04444-SI<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON CLASS CERTIFICATION MOTION |

WHEREAS, by Order dated June 26, 2007, the Court set the motion for class certification for hearing on January 25, 2008;

WHEREAS, the parties seek to accommodate the holiday and vacation schedules of counsel and provide the Court and the parties with at least three (3) weeks to prepare for the hearing from the filing of the Reply;

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CHICAGO

1-SF/7585008.2 (CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING

THEREFORE, the parties to the above-captioned actions, by and through their counsel of record, hereby stipulate, and jointly move the Court for the following briefing and hearing schedule:

1. Moving papers shall be due on October 19, 2007;

2. Opposition papers shall be due on December 7, 2007;

3. Reply papers shall be due January 11, 2008;

4. Hearing shall be held on February 1, 2008, at 9 a.m. ~~or as soon thereafter as the Court deems~~ ~~convenient.~~

DATED: August 17, 2007

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY MANIFOLD
RACHELE R. RICKERT


/s/ BETSY MANIFOLD
BETSY MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

RICHARD B. GLICKMAN A PROFESSIONAL CORPORATION
RICHARD B. GLICKMAN
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: 415/362-7685
Facsimile: 415/781-1034

Attorneys for Representative Plaintiff and the Plaintiff Classes

DATE: August 17, 2007

MORGAN, LEWIS & BOCKIUS, LLP
REBECCA D. EISEN


/s/ Rebecca D. Eisen
REBECCA D. EISEN

| | |
|---|---|
| 1 | One Market |
| 2 | Spear Street Tower<br>San Francisco, CA 94105 |
| 3 | Telephone: 415/442-1354<br>Facsimile: 415/442/1001 |
| 4 | MORGAN LEWIS & BOCKIUS, LLP |
| 5 | CHRISTOPHER A. PARLO<br>101 Park Avenue |
| 6 | New York, NY 10178<br>Telephone: 212/309-6273 |
| | Facsimile: 212/309-6273 |
| 7 | |
| 8 | Counsel for MetLife Securities, Inc., MetLife Inc.,<br>Metropolitan Life Insurance Company |

· 

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CHICAGO

1-SF/7585008.2      3      (CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING