WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON (75462)
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

Attorneys for Representative Plaintiff
And the Plaintiff Classes

[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>               Defendants. | Case No. 3:06-CV-04444-SI<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON CLASS CERTIFICATION MOTION** |

STIPULATION AND PROPOSED ORDER – CASE NO. 3:06-CV-04444-SI

1  WHEREAS, by Order dated August 22, 2007, the Court set the motion for class certification for hearing on February 1, 2008;

WHEREAS, the parties held a private mediation on August 28, 2007, which has been continued to October 19, 2007;

WHEREAS, the parties wish to continue the mediation without the concurrent class discovery and briefing;

THEREFORE, the parties to the above-captioned action, by and through their counsel of record, hereby stipulate, and jointly move the Court for the following briefing and hearing schedule:

1. Moving papers shall be due on December 7, 2007;

2. Opposition papers shall be due on January 25, 2008;

3. Reply papers shall be due February 29, 2008; and

4. Hearing shall be held on March 21, 2008, or as soon thereafter as the Court deems convenient.

DATED: September 6, 2007

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

*/s/ Betsy C. Manifold*
BETSY C. MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

| | |
|---|---|
| 1 | RICHARD B. GLICKMAN |
| | A PROFESSIONAL CORPORATION |
| 2 | RICHARD B. GLICKMAN |
| | One Maritime Plaza, Suite 1600 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415/362-7685 |
| 4 | Facsimile: 415/781-1034 |

Attorneys for Representative Plaintiff and the Plaintiff Classes

DATE: September 6, 2007

MORGAN, LEWIS & BOCKIUS, LLP
THERESA C. MAK


   /s/ Theresa C. Mak
   THERESA C. MAK

One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: 415/442-1354
Facsimile: 415/442/1001

MORGAN LEWIS & BOCKIUS, LLP
CHRISTOPHER A. PARLO
101 Park Avenue
New York, NY 10178
Telephone: 212/309-6273
Facsimile: 212/309-6273

MORGAN, LEWIS & BOCKIUS, LLP
JENNIFER ELIZABETH WHITE-SPERLING
300 South Grand 22nd Floor
Los Angeles, CA 90071
Telephone: 213/612-7205
Facsimile: 213/612-2501

Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company

METLIFE:15224

STIPULATION AND PROPOSED ORDER – CASE NO. 3:06-CV-04444-SI

- 2 -

1  THE COURT HEREBY ORDERS THE FOLLOWING:
2      The motion for class certification shall be held on March 21, 2008 at 9:00 a.m. and the
3  briefing schedule proposed by the parties is hereby approved.
4  IT IS SO ORDERED:
5  DATED:_____

*[Signature: Susan Illston]*

THE HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER – CASE NO. 3:06-CV-04444-SI

- 3 -

# DECLARATION OF SERVICE

I, MARTA STASIK, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.      That on September 6, 2007, declarant served the STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON CLASS CERTIFICATION MOTION via CM/ECF to the parties listed on the attached Service List.

3.      That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of September, 2007 at San Diego, California.

_____
MARTA STASIK

15239

METLIFE INC.
SERVICE LIST – JAN. 12, 2007
PAGE 1

COUNSEL FOR PLAINTIFF(S)

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
  510/465-1326
  510/465-0871 (fax)
kelsonlaw@sbcglobal.net

Richard B. Glickman
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
  415/362-7685
  415/781-1034 (fax)

*Counsel for Plaintiff(s) Neil Weinstein*

COUNSEL FOR DEFENDANT(S)

Rebecca D. Eisen
Theresa C. Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
  415/442-1354
  415/442/1001 (fax)
reisen@morganlewis.com
tmak@morganlewis.com

Christopher A. Parlo
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
  212/309-6273
  212/309-6273 (fax)
cparlo@morganlewis.com

Jennifer Elizabeth White-Sperling
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand 22nd Floor
Los Angeles, CA 90071
  213/612-7205
  213/612-2501 (fax)
jwhite-sperling@morganlewis.com

*Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company*

**All parties on service list
served via CM/ECF**

14429