WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON (75462)
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

Attorneys for Representative Plaintiff
And the Plaintiff Classes

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated, | Case No. 3:06-CV-04444-SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON CLASS CERTIFICATION MOTION** |
| vs. | |
| METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC., | |
| Defendants. | |

1     WHEREAS, by Order dated September 7, 2007, the Court set the motion for class certification for hearing on March 21, 2008;

    WHEREAS, by a prior Order dated August 22, 2007, the Court had previously set the motion for class certification for hearing on February 1, 2008;

    WHEREAS, the parties held a private mediation on August 28, 2007 and October 19, 2007 and are considering whether to accept the mediator's proposal;

    WHEREAS, the parties wish to consider the mediator's proposal without the concurrent class discovery and briefing;

    THEREFORE, the parties to the above-captioned action, by and through their counsel of record, hereby stipulate, and jointly move the Court for the following briefing and hearing schedule:

    1.    Moving papers shall be due on February 8, 2008;

    2.    Opposition papers shall be due on March 28, 2008;

    3.    Reply papers shall be due May 2, 2008; and

    4.    Hearing shall be held on May 23, 2008, or as soon thereafter as the Court deems convenient.

DATED: November 16, 2007

    WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP
    FRANCIS M. GREGOREK
    BETSY C. MANIFOLD

    */s/ Betsy C. Manifold*
    BETSY C. MANIFOLD

    Symphony Towers
    750 B Street, Suite 2770
    San Diego, CA 92101
    Telephone: 619/239-4599
    Facsimile: 619/234-4599

    LAW OFFICES OF JOHN M. KELSON
    JOHN M. KELSON
    1999 Harrison Street, Suite 700
    Oakland, California 94612
    Telephone: 510/465-1326
    Facsimile: 510/465-0871

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATE: November 16, 2007

RICHARD B. GLICKMAN
A PROFESSIONAL CORPORATION
RICHARD B. GLICKMAN
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone:  415/362-7685
Facsimile:   415/781-1034

Attorneys for Representative Plaintiff and the Plaintiff Classes

MORGAN, LEWIS & BOCKIUS, LLP
THERESA C. MAK


    /s/ Theresa C. Mak
THERESA C. MAK

One Market
Spear Street Tower
San Francisco, CA 94105
Telephone:  415/442-1354
Facsimile:   415/442/1001

MORGAN LEWIS & BOCKIUS, LLP
CHRISTOPHER A. PARLO
101 Park Avenue
New York, NY 10178
Telephone:  212/309-6273
Facsimile:   212/309-6273

MORGAN, LEWIS & BOCKIUS, LLP
JENNIFER ELIZABETH WHITE-SPERLING
300 South Grand 22nd Floor
Los Angeles, CA 90071
Telephone:  213/612-7205
Facsimile:   213/612-2501

Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company

METLIFE:15394

STIPULATION AND PROPOSED ORDER – CASE NO.  3:06-CV-04444-SI

- 2 -

## DECLARATION REGARDING CONCURRENCE

I, BETSY C. MANIFOLD, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON CLASS CERTIFICATION MOTION. In compliance with General Order 45.X.B, I hereby attest that Theresa C. Mak has concurred in this filing.

DATED: November 20, 2007                         WOLF HALDENSTEIN ADLER
                                                 FREEMAN & HERZ LLP

                                          By: _____/s/ Betsy C. Manifold_____
                                                 BETSY C. MANIFOLD

STIPULATION AND PROPOSED ORDER – CASE NO. 3:06-CV-04444-SI

- 3 -

THE COURT HEREBY ORDERS THE FOLLOWING:

The motion for class certification shall be held on May 23, 2008 at 9:00 a.m. and the briefing schedule proposed by the parties is hereby approved.

IT IS SO ORDERED:

DATED:_____

_____
THE HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

DECLARATION OF SERVICE

I, Sher Ling Gan, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on November 20, 2007, declarant served

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON CLASS CERTIFICATION MOTION**

via the CM/ECF system on parties as indicated on the service list.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November 2007, at San Diego, California.

_____
SHER LING GAN

METLIFE INC.
SERVICE LIST – JAN. 12, 2007
PAGE 1

COUNSEL FOR PLAINTIFF(S)

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
    510/465-1326
    510/465-0871 (fax)
kelsonlaw@sbcglobal.net

Richard B. Glickman
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
    415/362-7685
    415/781-1034 (fax)

*Counsel for Plaintiff(s) Neil Weinstein*

COUNSEL FOR DEFENDANT(S)

Rebecca D. Eisen
Theresa C. Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
    415/442-1354
    415/442/1001 (fax)
reisen@morganlewis.com
tmak@morganlewis.com

Christopher A. Parlo
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
    212/309-6273
    212/309-6273 (fax)
cparlo@morganlewis.com

Jennifer Elizabeth White-Sperling
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand 22nd Floor
Los Angeles, CA 90071
    213/612-7205
    213/612-2501 (fax)
jwhite-sperling@morganlewis.com

*Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company*

**All parties on service list
served via CM/ECF**

14429