1  REBECCA EISEN, State Bar No. 096129
   THERESA MAK, State Bar No. 211435
2  M. MICHAEL COLE, State Bar No. 235538
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  reisen@morganlewis.com
   tmak@morganlewis.com
5  mcole@morganlewis.com
   Tel: 415.442.1000
6  Fax: 415.442.1001

7  CHRISTOPHER PARLO, *Pro Hac Vice*
   MORGAN, LEWIS & BOCKIUS LLP
8  101 Park Avenue
   New York, NY 10178-0060
9  cparlo@morganlewis.com
   Tel: 212.309.6000
10 Fax: 212.309.6001

11 Attorneys for Defendants
   METLIFE, INC., METROPOLITAN LIFE
12 INSURANCE COMPANY, AND METLIFE
   SECURITIES, INC.
13
   [Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>Defendant. | Case No. 3:06-CV-04444-SI<br><br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CLASS CERTIFICATION MOTION |
|---|---|

WHEREAS, by Order dated November 21, 2007, the Court set the motion for class certification for hearing on May 23, 2008;

///

1-SF/7659668.1                                                     (CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1 WHEREAS, the parties participated in two private mediation sessions on August 28, 2007 and October 19, 2007;

2 WHEREAS, the parties are continuing to negotiate various terms of a potential settlement;

3 THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and jointly move the Court to continue the hearing on Plaintiff's Motion for Class Certification to July 25, 2008, or as soon thereafter as the Court's calendar permits. The parties also hereby stipulate and jointly move the Court for the following briefing schedule:

- Moving papers shall be due on April 11, 2008;
- Opposition papers shall be due on May 30, 2008;
- Reply papers shall be due July 3, 2008.

DATED: February 1, 2008

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY MANIFOLD
RACHELE R. RICKERT

       /s/ BETSY MANIFOLD
          BETSY MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone:  510/465-1326
Facsimile:   510/465-0871

RICHARD B. GLICKMAN A PROFESSIONAL CORPORATION
RICHARD B. GLICKMAN
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone:  415/362-7685
Facsimile:   415/781-1034

Attorneys for Representative Plaintiff and the Plaintiff Classes

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7659668.1

2

(CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE

| | |
|---|---|
| DATE: February 1, 2008 | MORGAN, LEWIS & BOCKIUS, LLP<br>REBECCA D. EISEN |
| | /s/ Rebecca D. Eisen<br>REBECCA D. EISEN<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:  415/442-1354<br>Facsimile:   415/442/1001 |
| | MORGAN LEWIS & BOCKIUS, LLP<br>CHRISTOPHER A. PARLO<br>101 Park Avenue<br>New York, NY 10178<br>Telephone:  212/309-6273<br>Facsimile:   212/309-6273 |
| | Counsel for MetLife Securities, Inc., MetLife Inc., Metropolitan Life Insurance Company |

IT IS SO ORDERED.

Date: _____    _____
                            The Honorable Susan Illston

   Motion hearing continued to: July 25, 2008 at 9:00 a.m.