WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON (75462)
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

Attorneys for Representative Plaintiff and the Plaintiff Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>　　　　　　　　Defendants. | Case No. 3:06-CV-04444-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TAKING BRIEFING SCHEDULE AND HEARING ON CLASS CERTIFICATION MOTION OFF CALENDAR**<br><br><br><br><br>PLACE:　　Courtroom 10, 19th Floor |

STIP ORDER TAKING BRIEF SCHEDULE CLASS CERTIF OFF CALENDAR – CASE NO. 3:06-CV-04444-SI

WHEREAS, by Order dated February 4, 2008, the Court set the motion for class certification for hearing on July 25, 2008;

WHEREAS, the parties held a private mediation on August 28, 2007 and October 19, 2007;

WHEREAS, the parties have reached a tentative agreement in principal to settle this action;

THEREFORE, the parties to the above-captioned action, by and through their counsel of record, hereby stipulate, and jointly move the Court to take the Plaintiff's Motion for Class Certification off calendar for thirty (30) days in order to permit the parties to draft a settlement agreement and move for preliminary approval of same.

DATED: April _11_, 2008

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

_/s/ Betsy Manifold_
BETSY C. MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

RICHARD B. GLICKMAN
A PROFESSIONAL CORPORATION
RICHARD B. GLICKMAN
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: 415/362-7685
Facsimile: 415/781-1034

Attorneys for Representative Plaintiff and the Plaintiff Classes

| | |
|---|---|
| DATE: April 11, 2008 | MORGAN, LEWIS & BOCKIUS, LLP<br>REBECCA D. EISEN<br>THERESA C. MAK |

/S/
_____
THERESA C. MAK

One Market
Spear Street Tower
San Francisco, CA 94105
Telephone:  415/442-1354
Facsimile:   415/442/1001

MORGAN LEWIS & BOCKIUS, LLP
CHRISTOPHER A. PARLO
101 Park Avenue
New York, NY 10178
Telephone:  212/309-6273
Facsimile:   212/309-6273

MORGAN, LEWIS & BOCKIUS, LLP
JENNIFER ELIZABETH WHITE-SPERLING
300 South Grand 22nd Floor
Los Angeles, CA 90071
Telephone:  213/612-7205
Facsimile:   213/612-2501

Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company

THE COURT HEREBY ORDERS THE FOLLOWING:

Plaintiff's motion for class certification shall be taken off calendar for thirty (30) days. Parties are to file a motion for preliminary approval of proposed settlement within thirty (30) days from this order or, in the alternative, submit a final briefing schedule for Plaintiff's Motion for Class Certification.

IT IS SO ORDERED:

DATED:_____

_____
THE HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

METLIFE:15975

The motion hearing is continued to August 29, 2008, at 9:00 a.m.

**DECLARATION REGARDING CONCURRENCE**

I, Betsy C. Manifold, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TAKING BRIEFING SCHEDULE AND HEARING ON CLASS CERTIFICATION MOTION OFF CALENDAR. In compliance with General Order 45.X.B., I hereby attest that Theresa M. Mak has concurred in this filing.

DATED: April 11, 2008

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

*/s/ Betsy C. Manifold*
BETSY C. MANIFOLD

**DECLARATION OF SERVICE**

I, MARTA STASIK, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on April 11, 2008, declarant served the following document

**STIPULATION AND [PROPOSED] ORDER TAKING BRIEFING SCHEDULE AND HEARING ON CLASS CERTIFICATION MOTION OFF CALENDAR**

via CM/ECF system to the parties listed on the attached service list.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April 2008, at San Diego, California.

_____
MARTA STASIK

METLIFE INC.
SERVICE LIST – JAN. 12, 2007
PAGE 1

COUNSEL FOR PLAINTIFF(S)

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
    510/465-1326
    510/465-0871 (fax)
kelsonlaw@sbcglobal.net

Richard B. Glickman
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
    415/362-7685
    415/781-1034 (fax)

*Counsel for Plaintiff(s) Neil Weinstein*

COUNSEL FOR DEFENDANT(S)

Rebecca D. Eisen
Theresa C. Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
    415/442-1354
    415/442/1001 (fax)
reisen@morganlewis.com
tmak@morganlewis.com

Christopher A. Parlo
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
    212/309-6273
    212/309-6273 (fax)
cparlo@morganlewis.com

Jennifer Elizabeth White-Sperling
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand 22nd Floor
Los Angeles, CA 90071
    213/612-7205
    213/612-2501 (fax)
jwhite-sperling@morganlewis.com

*Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company*

**All parties on service list
served via CM/ECF**

14429