WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON (75462)
kelsonlaw@sbcglobal.net
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

Attorneys for Representative Plaintiff and the Plaintiff Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>    Defendants. | Case No. 3:06-CV-04444-SI<br><br>**STIPULATION AND [PROPOSED] ORDER (1) SETTING THE BRIEFING SCHEDULE ON THE CLASS CERTIFICATION MOTION; AND (2) LIFTING STAY RE: EXPENSE CLAIMS EXCLUDED IN *SIMS* SETTLEMENT**<br><br>DATE:<br>TIME:<br>PLACE:    Courtroom 10, 19th Floor |

SETTING SCHEDULE FOR BRIEFING ON CLASS CERTIFICATION

WHEREAS, by Order dated February 4, 2008, the Court set the motion for class certification for hearing on July 25, 2008;

WHEREAS, the parties held a private mediation on August 28, 2007 and October 19, 2007;

WHEREAS, the parties are working on an agreement in principal to settle this action but are unable to request preliminary approval at this time;

WHEREAS, by Order dated April 14, 2008, the Court set the hearing on the motion for the class certification for August 29, 2008 in order to permit the parties to draft a settlement agreement and move for preliminary approval of same or to file a briefing schedule for the class certification briefing;

WHEREAS, the parties jointly submit and ask the Court to approve the briefing schedule set forth herein:

LIFTING OF STAY RE: EXPENSE CLAIMS

WHEREAS, on November 6, 2006, the Court granted defendants' motion to stay proceedings on the third cause of action of the *Weinstein* Action, pending Judge Henderson's rulings on the motion for summary judgment and the motion for class certification in *Sims v. Metropolitan Life Insurance Company*, Case No. 05 CV 2980 (TEH) ("the *Sims* Action");

WHEREAS, on October 29, 2007, Judge Henderson in the *Sims* Action granted Final Approval of a Settlement and, for settlement purposes, certified a settlement class;

WHEREAS, the settlement in the *Sims* Action *excludes* (1) all MetLife Financial Service Representatives ("FSRs") who were designated by MetLife as "General Agents," "Senior Partners" (an 055 Agreement), or "Statutory Employees;" (2) anyone who filed a Schedule C or was on a Career Development Financing Plan; (3) all expenses that were not covered by credits afforded under MetLife's Expense Allocation Plan ("EAP"); and (4) all claims arising after October 30, 2007 (all excluded claims are collectively referred to as "Excluded *Sims* Claims").

WHEREAS, the parties now agree that the stay of the third cause of action of the *Weinstein* Action should be lifted as to all Excluded *Sims* Claims as no longer necessary to protect

the jurisdiction of the court in the *Sims* Action.

THEREFORE, the parties to the above-captioned action, by and through their counsel of record, hereby stipulate, and jointly move the Court for the following:

1. The briefing and hearing schedule on Plaintiffs' motion for class certification is:

    a. Moving papers shall be due on June 23, 2008.

    b. Opposition papers shall be due on July 23, 2008.

    c. Reply papers shall be due August 15, 2008;

    d. Hearing shall be held on August 29 at 9:00 a.m. as previously ordered by the Court; and

2. The stay in the *Weinstein* Action as to all Excluded *Sims* Claims should be lifted for all purposes.

DATED: May 13, 2008

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

/s/ Betsy C. Manifold
BETSY C. MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Lead Counsel

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871
kelsonlaw@sbcglobal.net

RICHARD B. GLICKMAN
A PROFESSIONAL CORPORATION
RICHARD B. GLICKMAN
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

STIP & PROP ORDER RE BRIEFING SCHEDULE & EXPENSE CLAIMS – CASE NO. 3:06-CV-04444-SI

- 2 -

```
                                    Telephone:   415/362-7685
                                    Facsimile:   415/781-1034
                                    glickmanlawcorp@yahoo.com

                                    Attorneys for Representative Plaintiff Neil Weinstein
                                    and the Plaintiff Classes

DATE: May 13, 2008                  MORGAN, LEWIS & BOCKIUS, LLP
                                    REBECCA D. EISEN

                                          /s/ Christopher A. Parlo
                                         CHRISTOPHER A. PARLO

                                    One Market
                                    Spear Street Tower
                                    San Francisco, CA 94105
                                    Telephone:   415/442-1354
                                    Facsimile:   415/442/1001
                                    cparlo@morganlewis.com

                                    MORGAN LEWIS & BOCKIUS, LLP
                                    CHRISTOPHER A. PARLO
                                    101 Park Avenue
                                    New York, NY 10178
                                    Telephone:   212/309-6273
                                    Facsimile:   212/309-6273

                                    MORGAN, LEWIS & BOCKIUS, LLP
                                    JENNIFER ELIZABETH WHITE-SPERLING
                                    300 South Grand 22nd Floor
                                    Los Angeles, CA 90071
                                    Telephone:   213/612-7205
                                    Facsimile:   213/612-2501

                                    Counsel for MetLife Securities, Inc., MetLife Inc.,
                                    Metropolitan Life Insurance Company

                                         *       *       *
```

THE COURT HEREBY ORDERS THE FOLLOWING:

    1.    The briefing schedule for the class certification motion is approved.

    2.    The stay of the third cause of action of the *Weinstein* Action is lifted as to all Excluded *Sims* Claims.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
The Honorable Susan Illston
JUDGE OF U.S. DISTRICT COURT

STIP & PROP ORDER RE BRIEFING SCHEDULE & EXPENSE CLAIMS – CASE NO. 3:06-CV-04444-SI

- 3 -

## DECLARATION OF SERVICE

I, MARTA STASIK, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on May 13, 2008, declarant served the following document:

**STIPULATION AND [PROPOSED] ORDER (1) SETTING THE BRIEFING SCHEDULE ON THE CLASS CERTIFICATION MOTION; AND (2) LIFTING STAY RE: EXPENSE CLAIMS EXCLUDED IN *SIMS* SETTLEMENT**

via CM/ECF system to the parties listed on the attached service list.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of May 2008, at San Diego, California.

_____
MARTA STASIK

METLIFE:16023

METLIFE INC.
SERVICE LIST – JAN. 12, 2007
PAGE 1

COUNSEL FOR PLAINTIFF(S)

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
    510/465-1326
    510/465-0871 (fax)
kelsonlaw@sbcglobal.net

Richard B. Glickman
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
    415/362-7685
    415/781-1034 (fax)

*Counsel for Plaintiff(s) Neil Weinstein*

COUNSEL FOR DEFENDANT(S)

Rebecca D. Eisen
Theresa C. Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
    415/442-1354
    415/442/1001 (fax)
reisen@morganlewis.com
tmak@morganlewis.com

Christopher A. Parlo
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
    212/309-6273
    212/309-6273 (fax)
cparlo@morganlewis.com

Jennifer Elizabeth White-Sperling
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand 22nd Floor
Los Angeles, CA 90071
    213/612-7205
    213/612-2501 (fax)
jwhite-sperling@morganlewis.com

*Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company*

**All parties on service list
served via CM/ECF**

14429