REBECCA EISEN, State Bar No. 096129
THERESA MAK, State Bar No. 211435
M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
reisen@morganlewis.com
tmak@morganlewis.com
mcole@morganlewis.com
Tel: 415.442.1000
Fax: 415.442.1001

CHRISTOPHER PARLO, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
cparlo@morganlewis.com
Tel: 212.309.6000
Fax: 212.309.6001

Attorneys for Defendants
METLIFE, INC., METROPOLITAN LIFE
INSURANCE COMPANY, AND METLIFE
SECURITIES, INC.

[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>Defendant. | Case No. 3:06-CV-04444-SI<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CLASS CERTIFICATION MOTION |

WHEREAS, by Order dated February 4, 2008, the Court set the motion for class certification for hearing on July 25, 2008; and

///

1-NY/2325293.2 (CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE

WHEREAS, the parties are continuing to work diligently in negotiating a global settlement agreement; and

WHEREAS, the parties' efforts have now expanded to include multiple conversations and correspondence with counsel in *Reeder et al. v. Metropolitan Life Ins. Co.*, Case No. C07-00538 SI, with the goal of also settling that action simultaneously as part of a settlement in this action; and

WHEREAS, the parties' efforts have also expanded to include additional groups of individuals who allege to have claims against MetLife, in an effort to also resolve those claims without the need for additional litigation or further amendments to this action; and

WHEREAS, although the parties will continue to attempt to reach an agreement by themselves, as a safeguard the parties are scheduling a private mediation session with an experienced private mediator who has provided dates during the last two weeks of August 2008.

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and jointly move the Court to continue the hearing on Plaintiff's Motion for Class Certification to November 28, 2008, or as soon thereafter as the Court's calendar permits. The parties also hereby stipulate and jointly move the Court for the following briefing schedule:

- If a settlement is not reached, moving papers shall be due on September 30, 2008;
- Opposition papers shall be due on October 30, 2008;
- Reply papers shall be due November 14, 2008.
- A hearing on the motion shall take place on November 28, 2008.

DATED: June 18, 2008

RICHARD B. GLICKMAN A PROFESSIONAL CORPORATION
RICHARD B. GLICKMAN

/s/ Richard B. Glickman
RICHARD B. GLICKMAN

One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: 415/362-7685
Facsimile: 415/781-1034

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
FRANCIS M. GREGOREK

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-NY/2325293.2

2

(CASE NO. 3:06-CV-04444-SI)
STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE

BETSY MANIFOLD
RACHELE R. RICKERT
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619.239.4599
Facsimile: 619.234.4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510.465.1326
Facsimile: 510.465.0871

Attorneys for Representative Plaintiff and the Plaintiff Classes

DATE: June 17, 2008

MORGAN, LEWIS & BOCKIUS LLP
REBECCA D. EISEN

        /s/ Rebecca D. Eisen
        REBECCA D. EISEN
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1354
Facsimile: 415.442.1001

MORGAN LEWIS & BOCKIUS, LLP
CHRISTOPHER A. PARLO
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6273
Facsimile: 212.309.6273

Counsel for MetLife Securities, Inc., MetLife Inc., Metropolitan Life Insurance Company

IT IS SO ORDERED.

Date: _____

_____
The Honorable Susan Illston