WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON (75462)
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

Attorneys for Representative Plaintiff
And the Plaintiff Classes

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE SECURITIES, INC.,<br><br>    Defendants. | Case No. 3:06-CV-04444-SI<br><br>**STIPULATION AND [PROPOSED] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION**<br><br>DATE: November 21, 2008<br>TIME: 9:00a.m.<br>JUDGE: Hon. Susan Illston |

1     WHEREAS, by Order dated June 18, 2008, the Court set the motion for class certification for hearing on November 21, 2008;

3     WHEREAS, the parties are continuing to work diligently in negotiating a global settlement agreement;

5     WHEREAS, the parties held a third mediation before a well respected mediator on September 16, 2008 and have reached an agreement as to most of the material terms of a settlement;

8     WHEREAS, the parties' negotiations now include additional proposed named plaintiffs who allege wage and hour claims involving additional putative plaintiffs and MetLife entities;

10     WHEREAS, as part, and based upon the results, of the settlement negotiations, the parties will seek leave to file an amended complaint to include additional named parties, additional putative plaintiffs and additional MetLife entities; and

13     WHEREAS, the parties need an additional sixty (60) days in order to complete their settlement negotiations.

15     NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and jointly move the Court to continue the hearing on Plaintiff's Motion for Class and/or Collective Certification to February 6, 2009, or as soon thereafter as the Court's calendar permits.

18     If a settlement is not reached, the parties hereby stipulate and jointly move the Court for the following briefing schedule for the Motion for Class and/or Collective Certification:

- Moving papers shall be due on December 2, 2008;

STIP AND [PROP] ORDER SEEKING LEAVE TO FILE AN AMENDED COMPLAINT AND CONTINUING HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION – CASE NO. 3:06-CV-04444-SI

- 1 -

1
2      • Opposition papers shall be due on January 6, 2009;
3      • Reply papers shall be due January 23, 2009;
4      • A hearing on the motion shall take place on February 6, 2009.

5  DATED: September 26, 2008           WOLF HALDENSTEIN ADLER
                                           FREEMAN & HERZ LLP
6                                       FRANCIS M. GREGOREK
                                        BETSY C. MANIFOLD
7                                       RACHELE R. RICKERT

8                                              /s/ Betsy C. Manifold
                                         ─────────────────────────────
9                                              BETSY C. MANIFOLD

10                                      Symphony Towers
                                        750 B Street, Suite 2770
11                                      San Diego, CA 92101
                                        Telephone: 619/239-4599
12                                      Facsimile: 619/234-4599

13                                      LAW OFFICES OF JOHN M. KELSON
                                        JOHN M. KELSON
14                                      1999 Harrison Street, Suite 700
                                        Oakland, California 94612
15                                      Telephone: 510/465-1326
                                        Facsimile: 510/465-0871
16
17                                      RICHARD B. GLICKMAN
                                        A PROFESSIONAL CORPORATION
18                                      RICHARD B. GLICKMAN
                                        One Maritime Plaza, Suite 1600
19                                      San Francisco, CA 94111
                                        Telephone: 415/362-7685
20                                      Facsimile: 415/781-1034

21                                      Attorneys for Representative Plaintiff and the
                                        Plaintiff Classes
22
23  DATED: September 26, 2008           MORGAN LEWIS & BOCKIUS LLP
                                        CHRISTOPHER A. PARLO
24
25                                             /s/ Christopher A. Parlo
                                         ─────────────────────────────
                                               CHRISTOPHER A. PARLO
26
                                        101 Park Avenue
27                                      New York, NY 10178
                                        Telephone:  212/309-6273
28                                      Facsimile:  212/309-6273

STIP AND [PROP] ORDER SEEKING LEAVE TO FILE AN AMENDED COMPLAINT AND CONTINUING
HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION – CASE NO. 3:06-CV-04444-SI

- 2 -

MORGAN LEWIS & BOCKIUS LLP
REBECCA D. EISEN
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone:  415/442-1354
Facsimile:  415/442-1001

Counsel for MetLife Securities, Inc., MetLife Inc., Metropolitan Life Insurance Company

\* \* \*

## ORDER

The Court continues the hearing on Plaintiff's Motion for Class and/or Collective Certification to February 6, 2009, or as soon thereafter as the Court's calendar permits. If a settlement is not reached, the Court orders the following briefing schedule for the Motion for Class and/or Collective Certification:

- Moving papers shall be due on December 2, 2008;
- Opposition papers shall be due on January 6, 2009;
- Reply papers shall be due January 23, 2009;
- A hearing on the motion shall take place on February 6, 2009.

IT IS SO ORDERED:

DATE: _____

_____
The Honorable Susan Illston

METLIFE:16356.STIP

STIP AND [PROP] ORDER SEEKING LEAVE TO FILE AN AMENDED COMPLAINT AND CONTINUING HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION – CASE NO. 3:06-CV-04444-SI

- 3 -

**DECLARATION REGARDING CONCURRENCE**

I, Betsy C. Manifold, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION. In compliance with General Order 45.X.B, I hereby attest that Christopher A. Parlo of Morgan Lewis & Bockius LLP has concurred in this filing.

DATED:   September 25, 2008             WOLF HALDENSTEIN ADLER FREEMAN
                                        & HERZ LLP


                                        By:   _____/s/ Betsy C. Manifold_____
                                                    BETSY C. MANIFOLD

**DECLARATION OF SERVICE**

I, Maureen Longdo , the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on September 26, 2008, declarant served the STIPULATION AND [PROPOSED] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of September 2008, at San Diego, California.

*Maureen Longdo*
MAUREEN LONGDO

MetLife Inc.
SERVICE LIST – JAN. 12, 2007
PAGE 1

**COUNSEL FOR PLAINTIFF(S)**

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
    510/465-1326
    510/465-0871 (fax)
kelsonlaw@sbcglobal.net

Richard B. Glickman
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
    415/362-7685
    415/781-1034 (fax)

*Counsel for Plaintiff(s) Neil Weinstein*

**COUNSEL FOR DEFENDANT(S)**

Rebecca D. Eisen
Theresa C. Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
    415/442-1354
    415/442/1001 (fax)
reisen@morganlewis.com
tmak@morganlewis.com

Christopher A. Parlo
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
    212/309-6273
    212/309-6273 (fax)
cparlo@morganlewis.com

Jennifer Elizabeth White-Sperling
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand 22nd Floor
Los Angeles, CA 90071
    213/612-7205
    213/612-2501 (fax)
jwhite-sperling@morganlewis.com

*Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company*

**All parties on service list
served via CM/ECF**

14429