WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON (75462)
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

Attorneys for Representative Plaintiffs and the [Proposed] Plaintiff Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, ABDULSALAM BORGI, CHARLES DOZER, PETER FERCIONI, AND HOOSHANG KERMANI individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, METLIFE RESOURCES, INC. and METLIFE SECURITIES, INC.,<br><br>　　　　　　Defendants. | Case No. 3:06-CV-04444-SI<br><br>CLASS ACTION<br><br>*REVISED* STIPULATION AND [PROPOSED] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF SETTLEMENT |

1       WHEREAS, on November 24, 2008, the parties filed a Stipulation And [Proposed] Order Seeking Leave To Continue Hearing On Class And/Or Collective Certification Motion Pending Filing Of Motion For Preliminary Approval Of Settlement And Approval Of Settlement; and

      WHEREAS, the parties now wish to withdraw the aforementioned stipulation and [proposed] order and file this *revised* stipulation and [proposed] order; and

      WHEREAS, by Order dated September 30, 2008, the Court set plaintiffs' Motion for Class and/or Collective Certification for hearing on February 6, 2009; and

      WHEREAS, leave to file a first amended complaint adding additional putative plaintiffs and MetLife entities was granted by the Court on November 14, 2008; and

      WHEREAS, the parties held a third mediation before a well respected mediator on September 16, 2008 and after two months of further negotiations, the parties have reached an agreement on the material terms of a settlement; and

      WHEREAS, the parties are now drafting the settlement agreement, a motion for preliminary approval, and related papers; and

      WHEREAS, the parties need approximately thirty (30) days in order to complete their settlement documents and file the motion for preliminary approval; and

      WHEREAS, counsel for the parties have spoken with counsel for the plaintiffs in the matter of *Reeder, et. al. v. Metropolitan Life Insurance Co.*, Case No. 07-CV-00538 SI ("*Reeder*") on several occasions in an effort to resolve that matter within the context of the parties' settlement. The most recent conversation occurred on November 11, 2008. From November 11th until yesterday, neither counsel for the defendants nor for the plaintiffs in the *Weinstein* Action were aware of any communication from counsel for the *Reeder* plaintiffs relating to the settlement proposal. Immediately following the filing of the original stipulation, both plaintiffs' and defendants' counsel received a communication from counsel for the Reeder plaintiffs which the parties are reviewing.

      NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and jointly move the Court to continue the hearing on Plaintiffs' Motion for Class and/or Collective Certification to April 10, 2009, or as soon thereafter as the Court's calendar permits.

*REVISED* STIP AND [PROP] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIF MOTION PENDING APPROVAL OF SETTLEMENT – CASE NO. 3:06-CV-04444-SI

- 1 -

- 2 -

| | |
|---|---|
| 1 | When the parties file their request for preliminary approval of the proposed settlement, the |
| 2 | Plaintiffs' Motion for Class and/or Collective Certification shall be taken off calendar pending |
| 3 | final approval of the settlement. |

DATED: November 25, 2008

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

BY:   /s/ Betsy C. Manifold
      BETSY C. MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

RICHARD B. GLICKMAN
A PROFESSIONAL CORPORATION
RICHARD B. GLICKMAN
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: 415/362-7685
Facsimile: 415/781-1034

Attorneys for Representative Plaintiffs and the [Proposed] Plaintiff Classes

DATED: November 25, 2008

MORGAN LEWIS & BOCKIUS LLP
CHRISTOPHER A. PARLO

BY:   /s/ Christopher A. Parlo
      CHRISTOPHER A. PARLO

101 Park Avenue
New York, NY 10178
Telephone:  212/309-6273
Facsimile:  212/309-6273

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN LEWIS & BOCKIUS LLP
REBECCA D. EISEN
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: 415/442-1354
Facsimile: 415/442-1001

Counsel for MetLife Securities, Inc., MetLife Inc.,
Metropolitan Life Insurance Company

*REVISED* STIP AND [PROP] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIF MOTION PENDING APPROVAL OF SETTLEMENT – CASE NO. 3:06-CV-04444-SI

- 3 -

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court continues the hearing on Plaintiffs' Motion for Class and/or Collective |
| 3 | Certification to April 10, 2009, or as soon thereafter as the Court's calendar permits. Once the |
| 4 | parties' request for preliminary approval of the proposed settlement is filed, the Motion for Class |
| 5 | and/or Collective Certification will be taken off calendar pending final approval of the settlement. |
| 6 | IT IS SO ORDERED: |
| 7 | |
| 8 | DATE: _____  _____ |
| | The Honorable Susan Illston |

METLIFE:16490

*REVISED* STIP AND [PROP] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIF MOTION PENDING APPROVAL OF SETTLEMENT – CASE NO. 3:06-CV-04444-SI

- 4 -

- 5 -

1 **DECLARATION REGARDING CONCURRENCE**

2   I, Betsy C. Manifold, am the ECF User whose identification and password are being used
3 to file this *REVISED* STIPULATION AND [PROPOSED] ORDER SEEKING LEAVE TO
4 CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION
5 PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND
6 APPROVAL OF SETTLEMENT. In compliance with General Order 45.X.B, I hereby attest that
7 Christopher A. Parlo of Morgan Lewis & Bockius LLP has concurred in this filing.

8 DATED: November 25, 2008          WOLF HALDENSTEIN ADLER FREEMAN
                                     & HERZ LLP
9

10                                   BY:   /s/ Betsy C. Manifold
11                                          BETSY C. MANIFOLD

*REVISED* STIP AND [PROP] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR
COLLECTIVE CERTIF MOTION PENDING APPROVAL OF SETTLEMENT – CASE NO. 3:06-CV-04444-SI

- 5 -

## DECLARATION OF SERVICE

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on November 25, 2008, declarant served the **REVISED** STIPULATION AND [PROPOSED] ORDER SEEKING LEAVE TO CONTINUE HEARING ON CLASS AND/OR COLLECTIVE CERTIFICATION MOTION PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF SETTLEMENT via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of November 2008, at San Diego, California.

_____
MARTA STASIK

METLIFE INC.
SERVICE LIST – JAN. 12, 2007
PAGE 1

COUNSEL FOR PLAINTIFF(S)

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
    510/465-1326
    510/465-0871 (fax)
kelsonlaw@sbcglobal.net

Richard B. Glickman
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
    415/362-7685
    415/781-1034 (fax)

*Counsel for Plaintiff(s) Neil Weinstein*

COUNSEL FOR DEFENDANT(S)

Rebecca D. Eisen
Theresa C. Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
    415/442-1354
    415/442/1001 (fax)
reisen@morganlewis.com
tmak@morganlewis.com

Christopher A. Parlo
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
    212/309-6273
    212/309-6273 (fax)
cparlo@morganlewis.com

Jennifer Elizabeth White-Sperling
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand 22nd Floor
Los Angeles, CA 90071
    213/612-7205
    213/612-2501 (fax)
jwhite-sperling@morganlewis.com

*Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company*

**All parties on service list
served via CM/ECF**

14429