IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM REEDER, *et al.*, | No. C 07-0538 SI |
| Plaintiffs, | Related Case:<br>No. C 06-4444 SI |
| v. | **ORDER FOR *REEDER* PLAINTIFFS TO ATTEND JANUARY 16, 2009 HEARING** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

Defendant Metropolitan Life Insurance Company has filed a letter requesting that the named plaintiffs attend the January 16, 2009 hearing on plaintiffs' motion to lift the stay on this case. [Docket No. 105] Under the circumstances of this case, the Court finds that defendant's request is warranted. Named plaintiffs Kim Reeder, Daniel Caballero, Donald Myers, Elmo Cash and Michelle Alves are ordered to attend the hearing at approximately 9:00 a.m. on January 16, 2009 or to provide a telephone number where they can be reached at that time. Plaintiffs' counsel is ordered to provide this information to plaintiffs.

**IT IS SO ORDERED.**

Dated: January 13, 2009

SUSAN ILLSTON
United States District Judge