IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIM REEDER, *et al.*,

    Plaintiffs,

  v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

NEIL WEINSTEIN, *et al.*,

    Plaintiffs,

  v.

METLIFE, INC., *et al.*,

    Defendants.
_____/

Case No. C 07-0538 SI
Case No. C 06-4444 SI

**ORDER DENYING *REEDER* PLAINTIFFS' MOTION TO LIFT STAY and DENYING *WEINSTEIN* PLAINTIFFS' OMNIBUS MOTION**

    Plaintiffs in Case No. 07-0538 (the *Reeder* plaintiffs) have filed a motion to lift the stay in this case. The *Reeder* plaintiffs' motion is DENIED. The *Reeder* plaintiffs must seek leave of court before filing a motion for the Court to reconsider this motion.

    Plaintiffs in Case No. 06-4444 (the *Weinstein* plaintiffs) have filed an "omnibus" motion relating to representation of plaintiffs in the *Reeder* case. The *Weinstein* plaintiffs' motion is DENIED AS MOOT. The *Weinstein* parties must file their proposed settlement agreement by **January 23, 2009**.

**IT IS SO ORDERED.**

Dated: 1/16/09

SUSAN ILLSTON
United States District Judge