WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

SYMPHONY TOWERS
750 B STREET, SUITE 2770
SAN DIEGO, CA 92101
619-239-4599
FAX 619-234-4599

BETSY MANIFOLD
DIRECT DIAL
619-234-3896

270 MADISON AVENUE
NEW YORK, NY 10016

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

March 27, 2009

**VIA ECF AND HAND DELIVERY**

Hon. Susan Illston
United States District Court
Northern District of California
Courtroom 10, 19th floor
450 Golden Gate Avenue
San Francisco, CA 94102

**APPROVED**
**By USDC at 4:29 pm, Mar 27, 2009**

*IT IS SO ORDERED*
*Judge Susan Illston*

Re: *Weinstein v. MetLife, Inc., et al.* Case No. 06-04444 SI

Dear Judge Illston:

Under the Court's March 4, 2009 Order [Dkt. No. 187] preliminarily approving the proposed settlement in the above captioned matter, the notice of settlement (the "Notice") to the class (also approved by the Court) was to be mailed today. However, in making a final review of the Notice before mailing, a question arose about the proposed plan of allocation based on the settlement in *Sims v. Metropolitan Life Insurance Co.*, U.S.D.C. N.D. Cal., Case No. 05-CV-02980.

To avoid any confusion in the claims process, the parties are in the process of meeting and conferring to resolve this issue and may need to amend the Notice of Settlement (Exhibit B to March 4, 2009 Order) and the Settlement Agreement [Dkt. No. 181] to clarify the plan of allocation.

In the interim, Plaintiffs respectfully request a seven (7) day extension of the mailing deadline in the March 4, 2009 Order. This brief extension of time will not impact the July 31, 2009 hearing date set by the Court for final approval of the settlement and will not shorten the Notice response deadline which remains sixty (60) days after mailing.

Defendants have reviewed and do not oppose this application for an extension of the Notice mailing deadline to April 3, 2009.

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

Hon. Susan Illston
March 27, 2009
Page 2

---

Respectfully submitted,

*Betsy C. Manifold*
Betsy C. Manifold

cc: All Counsel of Record (via e-mail)
Garden City Group, Claims Administrator (via e-mail)

METLIFE 16709