WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON (75462)
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile:  510/465-0871

Attorneys for Representative Plaintiff
And the Plaintiff Classes

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, ABDULSALAM BORGI, CHARLES DOZER, PETER FERCIONI, AND HOOSHANG KERMANI individually, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, METLIFE RESOURCES, INC. and METLIFE SECURITIES, INC.,<br><br>               Defendants. | Case No.  3:06-CV-04444-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND NOTICE RESPONSE DEADLINE FOR ADDITIONAL CLASS MEMBERS** |

       WHEREAS, on April 6, 2009, the Court entered a Revised Order Granting Approval of Settlement; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/21150969.1                                                                                      (CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: NOTICE RESPONSE DEADLINE

WHEREAS, on April 10, 2009, a Notice of Class Action Settlement ("Notice") was mailed by the Claims Administrator to Members of the Settlement Class; and

WHEREAS, the deadline for responding to the Notice of Class Action Settlement (the "Notice Response Deadline") was June 9, 2009; and

WHEREAS, less than a week prior to the Notice Response Deadline, the parties discovered that nineteen (19) individuals were inadvertently left off of the electronic database provided to the Claims Administrator and used by the Claims Administrator for purposes of mailing the Notice; and

WHEREAS, the parties desire to send these nineteen individuals the Notice and to provide them adequate time to respond to the Notice;

THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and jointly move the Court to allow them to send Notice to these nineteen individuals and to extend the Notice Response Deadline for these individuals to July 17, 2009. All other remaining deadlines will remain the same.

DATED: June 11, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY MANIFOLD
RACHELE R. RICKERT

     /s/ Betsy Manifold
BETSY MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES OF JOHN M. KELSON
JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: 510/465-1326
Facsimile: 510/465-0871

Attorneys for Representative Plaintiff and the Plaintiff Classes

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/21150969.1      2      (CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: NOTICE RESPONSE DEADLINE

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: June 11, 2009 | MORGAN, LEWIS & BOCKIUS, LLP<br>REBECCA D. EISEN |
| 3 | | |
| 4 | | _____/s/ Rebecca D. Eisen_____<br>REBECCA D. EISEN |
| 5 | | One Market<br>Spear Street Tower |
| 6 | | San Francisco, CA 94105<br>Telephone:  415/442-1354 |
| 7 | | Facsimile:   415/442/1001 |
| 8 | | MORGAN LEWIS & BOCKIUS, LLP<br>CHRISTOPHER A. PARLO |
| 9 | | 101 Park Avenue<br>New York, NY 10178 |
| 10 | | Telephone:  212/309-6273<br>Facsimile:   212/309-6273 |
| 11 | | Counsel for MetLife Securities, Inc., MetLife Inc., |
| 12 | | Metropolitan Life Insurance Company |
| 13 | IT IS SO ORDERED. | |
| 14 | Date: _____ | _____ |
| 15 | | The Honorable Susan Illston |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

DB2/21150969.1                    3                    (CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: NOTICE RESPONSE DEADLINE