1  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
2  FRANCIS M. GREGOREK (144785)
   BETSY C. MANIFOLD (182450)
3  RACHELE R. RICKERT (190634)
   Symphony Towers
4  750 B Street, Suite 2770
   San Diego, CA 92101
5  Telephone:  619/239-4599
   Facsimile:   619/234-4599
6

   LAW OFFICES OF JOHN M. KELSON
7  JOHN M. KELSON (75462)
   1999 Harrison Street, Suite 700
8  Oakland, California 94612
   Telephone:  510/465-1326
9  Facsimile:   510/465-0871

10 Attorneys for Representative Plaintiff
   And the Plaintiff Classes
11
   [Additional Counsel Appear On Signature Page]
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, ABDULSALAM BORGI, CHARLES DOZER, PETER FERCIONI, AND HOOSHANG KERMANI individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, METLIFE RESOURCES, INC. and METLIFE SECURITIES, INC.,<br><br>Defendants. | Case No.  3:06-CV-04444-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES, AND PLAINTIFF ENHANCEMENTS** |

WHEREAS, on April 6, 2009, the Court entered a Revised Order Granting Approval of Settlement; and

WHEREAS, a hearing for Final Approval of the Settlement is presently scheduled for July 31, 2009 at 9:00 a.m; and

WHEREAS, pursuant to Local Civil Rule 7-2(a), any motions and/or applications by Plaintiffs or any other party regarding the award of Attorneys' Fees, Litigation Expenses, and Plaintiff Enhancements ("Fee Motion") must be filed no later than June 26, 2009; and

WHEREAS, the Plaintiffs need additional time to revise and finalize the Fee Motion in light of a settlement reached today in the related case of *Reeder v. MetLife, et al.,* Case No. 07-0538 SI (N.D. C.A. filed Jan. 25, 2007);

THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and jointly move the Court to allow Plaintiffs and any other party to file a Fee Motion by June 30, 2009. This extension of time specifically applies to any fee motion and/or application that counsel in the *Reeder* action may seek to file. All other remaining deadlines will remain the same.

DATED: June 26, 2009

        WOLF HALDENSTEIN ADLER
        FREEMAN & HERZ LLP
        FRANCIS M. GREGOREK
        BETSY MANIFOLD
        RACHELE R. RICKERT

        /s/ Betsy Manifold
        BETSY MANIFOLD

        Symphony Towers
        750 B Street, Suite 2770
        San Diego, CA 92101
        Telephone:  619/239-4599
        Facsimile:  619/234-4599

        LAW OFFICES OF JOHN M. KELSON
        JOHN M. KELSON
        1999 Harrison Street, Suite 700
        Oakland, California 94612
        Telephone:  510/465-1326
        Facsimile:  510/465-0871

        Attorneys for Representative Plaintiff and the
        Plaintiff Classes

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

DB2/21172438.1

2

(CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: FEE MOTION

| | | |
|---|---|---|
| 1 | DATE: June 26, 2009 | MORGAN, LEWIS & BOCKIUS, LLP |
| 2 | | REBECCA D. EISEN |

                                                /s/ Rebecca D. Eisen
                                                REBECCA D. EISEN
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone:  415/442-1354
Facsimile:   415/442/1001

MORGAN LEWIS & BOCKIUS, LLP
CHRISTOPHER A. PARLO
101 Park Avenue
New York, NY 10178
Telephone:  212/309-6273
Facsimile:   212/309-6273

Counsel for MetLife Securities, Inc., MetLife Inc., Metropolitan Life Insurance Company

IT IS SO ORDERED.

Date: 6/29/09

_____
The Honorable Susan Illston