| | |
|---|---|
| 1 | REBECCA EISEN, State Bar No. 096129 |
| 2 | THERESA MAK, State Bar No. 211435<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 4 | reisen@morganlewis.com<br>tmak@morganlewis.com |
| 5 | mcole@morganlewis.com<br>Tel: 415.442.1000 |
| 6 | Fax: 415.442.1001 |
| 7 | CHRISTOPHER PARLO, *Pro Hac Vice*<br>M. MICHAEL COLE, State Bar No. 235538 |
| 8 | MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue |
| 9 | New York, NY 10178-0060<br>cparlo@morganlewis.com |
| 10 | Tel: 212.309.6000<br>Fax: 212.309.6001 |
| 11 | Attorneys for Defendants |
| 12 | METLIFE, INC., METROPOLITAN LIFE<br>INSURANCE COMPANY, AND METLIFE |
| 13 | SECURITIES, INC. |
| 14 | [Additional Counsel Appear On Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WEINSTEIN, ABDULSALAM BORGI, CHARLES DOZER, PETER FERCIONI, AND HOOSHANG KERMANI individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, METLIFE RESOURCES, INC. and METLIFE SECURITIES, INC.,<br><br>Defendants. | Case No. 3:06-CV-04444-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MAILING OF CLASS MEMBER SETTLEMENT PAYMENTS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21344466.1

(CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: PAYMENT OF SETTLEMENT SUMS

WHEREAS, by Order dated July 31, 2009, the Court granted Final Approval of the Stipulation and Agreement of Settlement ("Settlement Agreement") authorizing payment of Settlement Sums to Participating Claimants pursuant to the terms of the Settlement Agreement; and

WHEREAS, pursuant to the terms of the Settlement Agreement, the Settlement Sums are due to be mailed by the Claims Administrator to Participating Claimants on September 30, 2009; and

WHEREAS, the parties just this week finalized the settlement allocation process based, in part, on the results of the claims appeal process set forth in the settlement, and which slightly adjusted the Settlement Sums due to each Participating Claimant; and

WHEREAS, it was only after those adjustments were complete that the final payment amounts could be determined and the requests could be made for the applicable amounts to fund the settlement; and

WHEREAS, in light of this, and out of an abundance of caution to make sure everything is funded in a timely fashion, the parties request a brief two-day extension of the due date for mailing the Settlement Sums to Participating Claimants;

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and jointly move the Court to extend the due date for mailing the Settlement Sums to Participating Claimants from September 30, 2009 to October 2, 2009.

DATED: September 25, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY MANIFOLD
RACHELE R. RICKERT

      /s/ Betsy Manifold
BETSY MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MORGAN LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21344466.1

2

(CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: PAYMENT OF SETTLEMENT SUMS

|  |  |
|---|---|
| | LAW OFFICES OF JOHN M. KELSON<br>JOHN M. KELSON<br>1999 Harrison Street, Suite 700<br>Oakland, California 94612<br>Telephone: 510/465-1326<br>Facsimile: 510/465-0871 |
| | Attorneys for Representative Plaintiff and the Plaintiff Classes |
| DATE: September 25, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| | _____/s/ M. Michael Cole_____<br>M. MICHAEL COLE |
| | 101 Park Avenue<br>New York, NY 10178<br>Telephone: 212.309.6273<br>Facsimile: 212.309.6273 |
| | Counsel for MetLife Securities, Inc., MetLife Inc., Metropolitan Life Insurance Company |
| IT IS SO ORDERED.<br><br>Date: _____ | *[signature: Susan Illston]*<br>_____<br>THE HONORABLE SUSAN ILLSTON |

METLIFE:17080

DB2/21344466.1

3

(CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: PAYMENT OF SETTLEMENT SUMS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## DECLARATION OF SERVICE

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on September 25, 2009, declarant served:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MAILING OF CLASS MEMBER SETTLEMENT PAYMENTS**

via CM/ECF to the parties listed on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September 2009, at San Diego, California.

_____
MARTA STASIK

Morgan Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21344466.1

4

(CASE NO. 3:06-CV-04444-SI)

STIPULATION AND [PROPOSED] ORDER RE: PAYMENT OF SETTLEMENT SUMS

METLIFE INC.
SERVICE LIST – JAN. 12, 2007
PAGE 1

COUNSEL FOR PLAINTIFF(S)

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
    510/465-1326
    510/465-0871 (fax)
kelsonlaw@sbcglobal.net

Richard B. Glickman
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
    415/362-7685
    415/781-1034 (fax)

*Counsel for Plaintiff(s) Neil Weinstein*

COUNSEL FOR DEFENDANT(S)

Rebecca D. Eisen
Theresa C. Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
    415/442-1354
    415/442/1001 (fax)
reisen@morganlewis.com
tmak@morganlewis.com

Christopher A. Parlo
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
    212/309-6273
    212/309-6273 (fax)
cparlo@morganlewis.com

Jennifer Elizabeth White-Sperling
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand 22nd Floor
Los Angeles, CA 90071
    213/612-7205
    213/612-2501 (fax)
jwhite-sperling@morganlewis.com

*Counsel for Metlife Securities, Inc., Metlife Inc., Metropolitan Life Insurance Company*

**All parties on service list
served via CM/ECF**

14429